UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

AT&T CORP.,

           Plaintiff,

v.

DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,

           Defendants.

Civil Action No.:

COMPLAINT

MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 12/22/04

      Plaintiff AT&T Corp. ("AT&T"), by and through its attorneys, Lowenstein Sandler, PC and Kiely & Visnick, for its Complaint against Defendants Dover Saddlery, Inc., ("DSI") and John Does (1-10), representing various individuals and entities whose names are presently unknown, (collectively "Defendants"), alleges as follows:

### NATURE OF CASE

      1.    AT&T sues Defendants for unpaid charges for telecommunications services provided by AT&T to Defendants pursuant to express and/or implied contracts between AT&T and Defendants (the "Contracts").

### PARTIES

      2.    AT&T is a corporation organized and existing under the laws of the State of New York and maintains a principal place of business in Bedminster, New Jersey.

12459/992
12/1/04 1641556.01

-2-

3. On information and belief, DSI is a corporation organized under the laws of the Commonwealth of Massachusetts with its principal place at 525 Great Road, Littleton, Massachusetts.

4. On information and belief, John Does (1-10) are affiliated with Defendant DSI and have received and/or utilized AT&T's services and/or are responsible in whole or in part for payment of the amounts claimed by AT&T herein.

## JURISDICTION

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as diversity of citizenship between the parties exists and the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

## VENUE

6. Venue is proper in the Eastern District of Massachusetts pursuant to 28 U.S.C. § 1391, because a substantial part of the events and omissions giving rise to the claims occurred in this district.

## FIRST COUNT
### (Breach of Contract)

7. AT&T repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

8. At all times relevant to this action and pursuant to the Contracts, Defendants agreed to pay AT&T for telecommunications services provided by AT&T. The Contracts make Defendants responsible for the payment of all invoices for telecommunications services rendered to Defendants as well as all other associated charges.

9.  AT&T provided Defendants with telecommunications services, which were used by Defendants.

10. AT&T billed Defendants $174,228.00 (the "Amount") in accordance with the applicable rates and charges set forth in the Contracts for telecommunications services provided from in or about June, 2001 through about August, 2004 relative to account numbers 8001-910-8085; and 171-782-5713.

11. Defendants were obligated to pay AT&T for telecommunications services rendered to Defendants, from AT&T, as well as other applicable charges.

12. Defendants have failed and refused to pay the Amount owed to AT&T. The amount remains due and owing from Defendants.

**WHEREFORE,** AT&T demands judgment against Defendants on the First Count of the Complaint:

(1) in the amount of $174,228.00 plus pre-judgment and post-judgment interest;

(2) awarding costs and disbursements incurred by AT&T in prosecuting this action, including reasonable attorneys' fees; and

(3) for such other and further relief as the Court deems just and proper.

## SECOND COUNT
**(Book Account)**

13. AT&T repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

14. There is due from Defendants the Amount on a certain book account for telecommunications services rendered to Defendants, from AT&T. Payment has been demanded and has not been made.

**WHEREFORE,** AT&T demands judgment against Defendants on the Second Count of the Complaint:

(1) in the amount of $174,228.00 plus pre-judgment and post-judgment interest;

(2) awarding costs and disbursements incurred by AT&T in prosecuting this action, including reasonable attorneys' fees; and

(3) for such other and further relief as the Court deems just and proper.

### THIRD COUNT
### (Promissory Estoppel)

15. AT&T repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

16. AT&T sues Defendants for telecommunications services rendered to Defendants, on the promise by Defendants to pay the Amount. Payment has been demanded and has not been made.

**WHEREFORE,** AT&T demands judgment against Defendants on the Third Count of the Complaint:

(1) in the amount of $174,228.00 plus pre-judgment and post-judgment interest;

(2) awarding costs and disbursements incurred by AT&T in prosecuting this action, including reasonable attorneys' fees; and

(3) for such other and further relief as the Court deems just and proper.

### FOURTH COUNT
### (Quantum Merit and Unjust Enrichment)

17. AT&T repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

18. AT&T rendered to Defendants telecommunications services valued at $174,228.00.

19. AT&T sues Defendants for the reasonable value of telecommunications services rendered to Defendants, from AT&T. Payment has been demanded and has not been made.

20. Defendants have thus been unjustly enriched in the amount of $174,228.00, and AT&T is entitled to be compensated for the benefit it has conferred on Defendants.

**WHEREFORE,** AT&T demands judgment against Defendants on the Fourth Count of the Complaint:

(1) in the amount of $174,228.00 plus pre-judgment and post-judgment interest;

(2) awarding costs and disbursements incurred by AT&T in prosecuting this action, including reasonable attorneys' fees; and

(3) for such other and further relief as the Court deems just and proper.

Dated: December 16, 2004

          KIELY & VISNICK

          By:_____
          Kevin J. Kiely, Esq. (Bar No. 542043)
          11 School Street
          Rockport, MA 01966
          978.546.2525
          978.546.9758 Telecopier

          -and-

          James P. Berg, Esq.
          LOWENSTEIN SANDLER PC
          65 Livingston Avenue
          Roseland, NJ 07068
          973.597.2500
          973.597.2400 Telecopier
          Attorneys for Plaintiff AT&T Corp.