12/21/04

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: <br><br> **04-12686-MEL** <br><br> MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES P. BERG <br><br> LASKER, J. <br> MOTION ALLOWED <br> BY THE COURT <br> *[signature]* <br> deputy clerk  12/29/04 |

**PLEASE TAKE NOTICE THAT**, upon the annexed Affidavits of Kevin J. Kiely, Esq. and James P. Berg, Esq., the undersigned will move this Court before the Honorable _____, at 9:00 a.m. on _____, 200_, at the Courthouse, _____ _____, for an Order pursuant to Rule \_\_\_\_\_ of the Local Rules for the United States District Court for the Eastern District of Massachusetts admitting James P. Berg to the bar of this Court *pro hac vice* as counsel for plaintiff, AT&T Corp., Inc., in order to argue or try the above-captioned case.

12459/992
12/20/2004 1649914.01

A proposed form of order is attached hereto.

                                  **KIELY & VISNICK**

By: _____
      Kevin J. Kiely (Bar No. 542043)
      11 School Street
      Rockport, MA  01966
      978.546.2525
      978.564.9756 Fax
      KevinKiely@CapeAnnLaw.com
      Local Counsel for AT&T Corp.

      -and-

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ  07068
Attorneys for Plaintiff,
AT&T Corp.

Dated: December 20, 2004