UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>    Defendants. | Civil Action No.:<br><br>04 12686 MEL<br><br>**ORDER TO ADMIT**<br>**JAMES P. BERG**<br>***PRO HAC VICE*** |

This matter having been opened to the Court by Kiely & Visnick, attorneys for the plaintiff, AT&T Corp. ("AT&T"), upon the application for admission *pro hac vice* of James P. Berg; and good cause having been shown;

IT IS on this 28 day of December, 2004

ORDERED that James P. Berg is hereby admitted *pro hac vice* and is permitted to appear and participate in this action as counsel to AT&T; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties within 3 days of the date hereof.

                 _[signature]_
           Honorable _USDJ_

12459/992
12/10/04  1649930.01