# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>                    Plaintiff,<br><br>    v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>                    Defendants. | Civil Action No.:<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

I, the undersigned counsel of record for AT&T Corp. ("AT&T"), a nongovernmental corporate party, certify that to the best of my knowledge and belief, that AT&T has no parent corporation and is not aware of any publicly held corporation that owns 10 percent or more of its stock. However, Capital Research and Management Company, 333 South Hope Street, 55th Floor, Los Angeles, CA 90071, has disclosed in public filings that it owns more than 10 percent of AT&T's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 16, 2004

                                      **KIELY & VISNICK**

                                      By:_____
                                        Kevin J. Kiely, Esq. (Bar No. 542043)
                                        11 School Street
                                        Rockport, MA  01966
                                        978.546.2525
                                        978.564.9756 Fax
                                        KevinKiely@CapeAnnLaw.com
                                        Local Counsel for AT&T Corp.

                                        -and-

                                        James P. Berg, Esq.
                                        LOWENSTEIN SANDLER P C
                                        65 Livingston Avenue
                                        Roseland, NJ  07068
                                        Tel:  973.597.2500
                                        Fax:  973.597.2400