SCANNED
DATE: 12/23/04
BY: FDM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>      Defendants. | Civil Action No.:<br><br>AFFIDAVIT OF JAMES P. BERG IN SUPPORT OF *PRO HAC VICE* ADMISSION<br><br>**04 CV 12686 MEL** |

STATE OF NEW JERSEY :
          SS.
COUNTY OF ESSEX   :

JAMES P. BERG, being duly sworn, deposes and says:

1. I am an attorney at law of the State of New Jersey and I am associated with the law firm of Lowenstein Sandler PC, attorneys for the plaintiff, AT&T Corp. ("AT&T"), in this matter. I am responsible for the handling of this matter, and as such, I am fully familiar with the facts and circumstances surrounding this action.

2. I make this affidavit in support of my application to be admitted to practice before this Court *pro hac vice* in order to represent AT&T in this case.

3. I am a member in good standing of the bar of the State of New Jersey, having been admitted to practice before the Supreme Court of New Jersey on June 10, 2004. (See Certificate of Good Standing attached as Exhibit "A.")

4. I am familiar with and shall comply with the standards of professional conduct imposed upon the members of the Massachusetts Bar, including the Local Rules of the United

12459/992
12/10/04 1649933.01

States District Court for the District of Massachusetts and the rules governing the conduct of attorneys and the disciplinary rules of the Code of Professional Responsibility.

5. I agree to abide by all of the rules of this Court and to be subject to the jurisdiction of the Courts of this State with respect to any acts occurring during the course of my participation in this matter.

6. I understand that my application for leave to practice in this Court is on motion of, Kevin J. Kiely, Esq., a member of the bar of this Court.

7. Based upon the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing AT&T in this matter.

                    **LOWENSTEIN SANDLER** PC
                    Attorneys for Plaintiff,
                    AT&T Corp.

                    By: _____
                        James P. Berg (JB-6028)

Dated: December 15, 2004

Sworn and subscribed to before me
this _15th_ day of December, 2004

_____
Notary Public

       **DIANE C. CLAUSSEN**
    **A Notary Public of New Jersey**
  **My Commission Expires October 15, 2007**

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JAMES P BERG** (No. **000702004**) was constituted and appointed an Attorney at Law of New Jersey on **June 10, 2004** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **9TH** day of **December**, 20**04**

Clerk of the Supreme Court

-453a-