SCANNED
DATE:
BY: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of Massachusetts

AT&T Corp

v.

Dover Saddlery, Inc
John Does (1-10)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 CV 12686 MEL

FILED
IN CLERK'S OFFICE
2005 JAN -5 P 1:
US DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant) Dover Saddlery, Inc

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J Kiely
Kiely + Visnick
11 School Street
Rockport, MA 01966

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                 DEC 22 2004
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 31, 2004

I hereby certify and return that on 12/30/2004 at 2:15PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to JANET D'AMORE, agent, person in charge at the time of service for DOVER SADDLERY, INC., at, 525 GREAT Road, LITTLETON, MA 01460. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($16.36) Total Charges $55.96

Gerard N Whitman
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
         Date                   Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.