UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  A 8:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

AT&T CORP.,
                Plaintiff

v.

DOVER SADDLERY, INC.; and JOHN DOES (1-10),
                Defendant

Civil Action No.: 04-CV-12686 MEL

## APPEARANCE

Please accept my Appearance as counsel for Dover Saddlery, Inc.

I hereby certify the within Appearance was forwarded this 18th day of January, 2005 to:

James P. Berg, Esquire
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ 07068

Kevin J. Kiely, Esquire
11 School Street
Rockport, MA 01966

_____
Simon C. Leeming (BBO# 292080)
Preti, Flaherty, Beliveau, Pachios & Haley, PLLP
57 North Main Street
PO Box 1318
Concord, NH 03302-1318
(603) 410-1500
fax: (603) 410-1501

988369.1