UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  A 8: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AT&T CORP., <br>                  Plaintiff <br> v. <br> DOVER SADDLERY, INC.; and JOHN DOES (1-10), <br>                  Defendant | Civil Action No.: 04-CV-12686 MEL |

## DISCLOSURE STATEMENT
## LOCAL RULE 7.3

Defendant Dover Saddlery, Inc. ("Dover Saddlery") by and through counsel, Preti, Flaherty, Beliveau, Pachios & Haley, PLLP, files this Disclosure Statement pursuant to Local Rule 7.3:

Dover Saddlery, Inc., a Delaware corporation, does not have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

Respectfully submitted,

DOVER SADDLERY, INC.
By its attorneys,
Preti, Flaherty, Beliveau, Pachios & Haley, PLLP

Dated: 1/18/05

_____
Simon C. Leeming (BBO# 292080)
57 North Main Street
PO Box 1318
Concord, NH 03302-1318
(603) 410-1500
fax: (603) 410-1501

988374.1

State of New Hampshire
County of Merrimack

## CERTIFICATE OF SERVICE

I hereby certify that the within Disclosure Statement was forwarded this 18th day of January, 2005 to Kevin J. Keily, Esquire and James P. Berg, Esquire.

_____
Simon C. Leeming

988374.1