UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19  A 8:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AT&T CORP., <br>                  Plaintiff <br> v. <br> DOVER SADDLERY, INC.; and JOHN DOES (1-10), <br>                  Defendant | Civil Action No.: 04-CV-12686 MEL |

## ANSWER TO COMPLAINT

Defendant Dover Saddlery, Inc. ("Dover Saddlery") by and through counsel, Preti, Flaherty, Beliveau, Pachios & Haley, PLLP, respectfully submits the within Answer to Complaint, and in support thereof, represents as follows:

### NATURE OF CASE

1. ¶ 1 of the Complaint does not contain a factual allegation and no response is required.

### PARTIES

2. Dover Saddlery is without sufficient information to admit or deny the allegations in ¶ 2 of the Complaint and thus denies same, leaving the plaintiff to its proof.

3. Dover Saddlery admits the allegations set forth in ¶ 3 of the Complaint.

4. Dover Saddlery denies the allegations set forth in ¶ 4 of the Complaint.

### JURISDICTION

5. Dover Saddlery denies the allegations set forth in ¶ 5 of the Complaint as it does not believe the amount in controversy exceeds $75,000.

988259.1

## VENUE

6. Dover Saddlery admits the allegations set forth in ¶ 6 of the Complaint.

## FIRST COUNT
### (Breach of Contract)

7. Dover Saddlery incorporates all of its answers to all allegations in the Complaint, as fully set forth herein.

8. Dover Saddlery denies the allegations set forth in ¶ 8 of the Complaint.

9. Dover Saddlery admits that certain telecommunications services were provided, as set forth in ¶ 9 of the Complaint but denies the remainder of the allegations.

10. Dover Saddlery admits that it was billed by plaintiff, but denies the remaining allegations set forth in ¶ 10 of the Complaint. The amount billed was incorrect.

11. Dover Saddlery denies the allegations set forth in ¶ 11 of the Complaint.

12. Dover Saddlery denies the allegations set forth in ¶ 12 of the Complaint.

WHEREFORE, Dover Saddlery requests this Honorable Court:

A. Dismiss plaintiff's claims; and

B. Award defendant its reasonable costs and attorney's fees.

## SECOND COUNT
### (Book Account)

13. Dover Saddlery incorporates all of its answers to all allegations in the Complaint as if more fully set forth herein.

14. Dover Saddlery denies the allegations set forth in ¶ 14 of the Complaint.

WHEREFORE, Dover Saddlery requests this Honorable Court:

A. Dismiss plaintiff's claims; and

B. Award defendant its reasonable costs an attorney's fees.

988259.1

## THIRD COUNT
### (Promissory Estoppel)

15. Dover Saddlery denies the allegations set forth in ¶ 15 of the Complaint.

16. Dover Saddlery denies the allegations set forth in ¶ 16 of the Complaint.

WHEREFORE, Dover Saddlery requests this Honorable Court:

A. Dismiss plaintiff's claims; and

B. Award defendant its reasonable costs an attorney's fees.

## FOURTH COUNT
### (Quantum Merit and Unjust Enrichment)

17. Dover Saddlery incorporates all of its answers to all allegations in the Complaint as if more fully set forth herein.

18. Dover Saddlery denies the allegations set forth in ¶ 18 of the Complaint; plaintiff's claims are excessive.

19. Dover Saddlery denies the allegations set forth in ¶ 19 of the Complaint; plaintiff's claims are for much more than the reasonable value of the services.

20. Dover Saddlery denies the allegations set forth in ¶ 20 of the Complaint.

WHEREFORE, Dover Saddlery requests this Honorable Court:

A. Dismiss plaintiff's claims; and

B. Award defendant its reasonable costs an attorney's fees.

### JURY TRIAL DEMANDED

Dover Saddlery demands a jury trial on all counts.

### AFFIRMATIVE DEFENSES

Dover Saddlery asserts the following affirmative defenses:

1. Accord and satisfaction;

988259.1

2. Estoppel;

3. Failure of consideration;

4. Payment; and

5. Plaintiff has unclean hands.

             Respectfully submitted,

             DOVER SADDLERY, INC.
             By its attorneys,
             Preti, Flaherty, Beliveau, Pachios &
             Haley, PLLP

Dated: 1/18/05

             Simon C. Leeming (BBO# 292080)
             57 North Main Street
             PO Box 1318
             Concord, NH 03302-1318
             (603) 410-1500
             fax: (603) 410-1501

State of New Hampshire
County of Merrimack

## CERTIFICATE OF SERVICE

I hereby certify that the within Answer to Complaint was forwarded this 18 day of January, 2005 to Kevin J. Keily, Esquire and James P. Berg, Esquire.

             Simon C. Leeming

988259.1