UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br><br>v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>Defendants. | Civil Action No.: 04-CV-12686 MEL |

**JOINT STATEMENT OF THE PARTIES FOR THE**
**MARCH 8, 2005 INITIAL SCHEDULING CONFERENCE**

Pursuant to Local Rule 16.1, Plaintiff AT&T Corp. ("AT&T") and Defendant Dover Saddlery, Inc. ("DSI") (collectively, the "Parties") submit this joint statement for the Scheduling Conference on March 8, 2005. This joint statement addresses (1) a joint discovery plan scheduling the time and length for all discovery events; (2) a proposed schedule for the filing of motions; and (3) certifications of counsel and authorized representatives of each party regarding litigation budgets and alternative dispute resolution.

**JOINT DISCOVERY PLAN**

1.  **Automatic Required Disclosures**

    Pursuant to Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1), the parties will make their initial disclosures on or before **March 3, 2005**.

    a.  **Disclosures Under Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1)**

    As required by Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1), those disclosures will include (1) the names, addresses and telephone numbers, if known, of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including subjects of the information known to each person; (2) copies, or description

by category and location, of all documents, data compilations, and tangible things in the possession, custody or control of each party that are relevant to disputed facts alleged with particularity in the pleadings; and (3) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Fed. R. Civ. P. 34 the documents or other evidentiary material on which the computation is based (excluding materials that are privileged or protected from disclosure).

      **b.**    Amendments to the pleadings and joinder of additional parties shall be completed on or before **May 1, 2005**.

      **c.**    AT&T shall identify its experts and produce its expert disclosures on or before **June 1, 2005**. DSI shall identify its experts and produce its expert disclosures on or before **August 1, 2005.**

    2.    **Written Discovery**

In addition to the initial required disclosure of documents under Fed. R. Civ. P. 26(a)(1)(B), the parties have agreed that all discovery will be completed on or before **September 15, 2005**.

The parties further agree, pursuant to Local Rule 26.1(C), that each side will serve no more than twenty-five (25) interrogatories, twenty-five (25) requests for admissions, and two (2) separate sets of requests for production.

    3.    **Depositions**

At this time, AT&T has indicated that it will take the deposition of **Michael Bruns**, and one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, designated by DSI to testify pursuant to Fed. R. Civ. P. 30(b)(6) as to subject matters to be described with reasonable particularity and related to the allegations contained in AT&T's Complaint. AT&T will thereafter determine what, if any, additional depositions are necessary.

At this time, DSI has indicated that it will take the deposition of **Rick Nolan, Deborah Poe, Cindy Jordan, Joseph Friedman, Christopher Innacelli, Deborah Carleton,**

<u>Barb Angell, Puma Phakonekham, and Jane Schumacher</u>, and one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, designated by AT&T to testify pursuant to Fed. R. Civ. P. 30(b)(6) as to subject matters to be described with reasonable particularity and related to the allegations contained in AT&T's Complaint.

The parties have agreed that Depositions shall be completed by **February 1, 2006**.

## PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

The Parties agree that all dispositive motions shall be filed **120 days prior to the trial date**.

## CERTIFICATIONS OF AUTHORIZED REPRESENTATIVES AND COUNSEL

Certifications signed by counsel and authorized representatives of AT&T and DSI regarding the matters set forth in Local Rule 16.1(D)(3) will be filed separately at or before the scheduling conference.

## OTHER MATTERS

1. **Settlement**

On **February 28, 2005**, AT&T forwarded via facsimile and first class mail, its written settlement proposal to counsel for Defendants as required by Local Rule 16.1(C).

2. **Trial By Magistrate Judge**

At this time, the Parties are not prepared to consent to trial by a Magistrate Judge.

|  |  |
|---|---|
| AT&T Corp. | Respectfully submitted, |
| By its attorneys, | DOVER SADDLERY, INC. |
| **LOWENSTEIN SANDLER PC** | By their attorney, |
|  | **PRETI, FLAHERTY, ET AL.** |

*/s/ James P. Berg*
James P. Berg, Esq., (#6028)
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500

- and -

Kevin J. Kiely, Esq. (Bar No. 542043)
KIELY & VISNICK
11 School Street
Rockport, MA 01966
978.546.2525

Dated: March 1, 2005

*/s/ Simon C. Leeming*
Simon C. Leeming, Esq. (#292080)
57 North Main Street
Concord, NH 03302-1318
603.410.1500
Dated: ~~February~~ **March** 1, 2005