UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-CV-12686 MEL |
| ) | |
| DOVER SADDLERY, INC.; and JOHN ) | |
| DOES (1-10), ) | |
| Defendant ) | |

FILING FEE PAID:
RECEIPT # 62184
AMOUNT $ 50.00
BY DPTY CLK
DATE 2/16/05

## ASSENTED-TO MOTION TO ADMIT PRO HAC VICE

I, Simon C. Leeming, hereby move this Court pursuant to Local Rule 83.5.3, to allow Peter G. Callaghan to appear as a lawyer representing the defendant, Dover Saddlery, Inc., in the above action. In support of this Motion, I certify as follows:

1. I am a member in good standing of the Bar of the State of New Hampshire and of the Bar of the Commonwealth of Massachusetts and the State of Maine and the Federal District Courts for such jurisdictions and the New Zealand Law Society, as a barrister and solicitor.

2. Peter G. Callaghan is a member in good standing of the Bars of the following courts: the State of New Hampshire and the United States District Court for the District of New Hampshire. He had not been denied admission or disciplined by this or any other court, nor are there any disciplinary proceedings pending against him (see attached Affidavit).

3. Although Mr. Callaghan is an attorney in good standing, he is not a member of Massachusetts Bar, nor of this Honorable Court.

995658.1