UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>　　　　　　　Defendants. | Civil Action No.:  04-CV-12686 MEL<br><br>**PLAINTIFF'S RULE 26(A)(1) DISCLOSURES** |

To:　Simon C. Leeming, Esq.
　　　Preti, Flaherty, Beliveau,
　　　Pachios & Haley, PLLP
　　　57 North Main Street
　　　PO Box 1318
　　　Concord, NH  03302-1318
　　　*Attorneys for Defendant Dover Saddlery, Inc.*

**PLEASE TAKE NOTICE** that Plaintiff AT&T Corp. ("AT&T"), by and through its attorneys, Lowenstein Sandler PC and Kiely & Visnick, hereby makes its Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) as follows:

**I.　Contested Facts:**

　　　1.　AT&T properly provided telecommunications services (the "Service") to Defendant  Dover Saddlery, Inc. ("Dover") pursuant to express and/or implied contracts (the "Contracts") between AT&T and Dover.

　　　2.　AT&T otherwise complied with the terms and conditions of the Contracts and performed all conditions precedent relative to same.

　　　3.　The Contracts make Dover liable to AT&T for $174,228.00 for the costs of the Service provided by AT&T to Dover.

4. The Contracts also make Dover liable to AT&T for the costs and expenses AT&T incurs relative to its efforts to collect the unpaid invoices from Dover.

5. AT&T is not estopped from seeking or obtaining the $174,228.00 owed to it in unpaid charges for the Service AT&T provided to Dover.

6. AT&T has not waived its right to seek or obtain the $174,228.00 owed to it in unpaid charges for the Service AT&T provided to Dover.

7. AT&T has not released Dover from all or part of the $174,228.00 owed to AT&T in unpaid charges for the Service it provided to Dover.

8. AT&T has not received payment from Dover for any portion of the $174,228.00 owed to AT&T in unpaid charges for the Service it provided to Dover.

## II.   Individuals Likely To Have Discoverable Information:

The following individuals are likely to have discoverable information concerning this matter and can be reached through counsel for AT&T or counsel for Dover:

1.   Cindy Jordan, AT&T Sales Executive

Ms. Jordan possesses specific information concerning the Contracts governing the Service AT&T provided to Dover, specifically, the Contracts entered into by AT&T and Dover and the unpaid charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403. Ms. Jordan also has general knowledge of Dover's alleged billing issues concerning Dover's claim of incorrect rates charged by AT&T and Contract renewal issues, Dover's outstanding balance to AT&T and adjustments made to that balance, and AT&T's attempts to resolve the outstanding balance without formal litigation.

2.   Deborah Poe, AT&T Escalation Manager

Ms. Poe possesses general information concerning the Contracts governing the Service AT&T provided to Dover, specifically, the Contracts entered into by AT&T and Dover and the unpaid

charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403. Ms. Poe also has general knowledge of Dover's alleged billing issues concerning Dover's claim of incorrect rates charged by AT&T and Contract renewal issues, Dover's outstanding balance to AT&T and adjustments made to that balance.

3.    Joe Friedman, AT&T Sales Manager

Mr. Friedman possesses general information concerning the Contracts governing the Service AT&T provided to Dover, specifically, the Contracts entered into by AT&T and Dover and the unpaid charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403. Mr. Friedman also has general knowledge of Dover's alleged billing issues concerning Dover's claim of incorrect rates charged by AT&T, Dover's outstanding balance to AT&T and adjustments made to that balance.

4.    Rick Nolan, AT&T Customer Satisfaction Manager

Mr. Nolan possesses general information concerning the Contracts governing the Service AT&T provided to Dover, specifically, the Contracts entered into by AT&T and Dover and the unpaid charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403. Mr. Nolan also has general knowledge of Dover's alleged billing issues concerning Dover's claim of incorrect rates charged by AT&T, Dover's outstanding balance to AT&T and adjustments made to that balance.

5.    Tonja Thom, AT&T Legal Support

Ms. Thom possesses general information concerning the Service AT&T provided to Dover and the Contracts governing the Service.

6.    Michael Bruns, Dover Controller

Mr. Bruns possesses specific information concerning the Service AT&T provided to Dover, Dover's outstanding balance to AT&T and adjustments made to that balance, the disputes raised by Dover concerning alleged incorrect rates charged by AT&T and Contract renewal issues, the

Contract entered into by AT&T and Dover, the unpaid charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403, and AT&T's attempts to resolve the outstanding balance without formal litigation.

7. Steven Day, Dover President

Mr. Day possesses specific information concerning the Service AT&T provided to Dover, Dover's outstanding balance to AT&T and adjustments made to that balance, the disputes raised by Dover concerning alleged incorrect rates charged by AT&T and Contract renewal issues, the Contract executed by Mr. Day entered into by AT&T and Dover, the unpaid charges for services provided on account numbers 8001-910-8085 and 171-782-5713-403, and AT&T's attempts to resolve the outstanding balance without formal litigation.

AT&T expressly reserves the right to supplement and/or to amend this response as appropriate as further investigation and discovery proceed in this matter.

**III.    Relevant Documents:**

The following documents are relevant to the subject matter at issue and are in the possession of counsel for AT&T:

1. Billing documents relative to the subject matter at issue;
2. Internal AT&T records, memoranda and e-mails concerning the Dover accounts;
3. Correspondence between Dover and AT&T; and
4. AT&T Contract/Master Agreement dated September 13, 2000.

AT&T expressly reserves the right to supplement and/or amend this response as appropriate as further investigation and discovery proceed in this matter.

**IV.    Identities of Experts and Their Opinions:**

AT&T has not retained any experts at the present time.

**V.    Damages:**

        AT&T seeks to collect $174,228.00 for the Service rendered.  AT&T also seeks to recoup all costs, including attorneys' fees, from Dover relative to this action.  AT&T refers to and incorporates by reference the Complaint and the above-listed documents.  AT&T expressly reserves the right to supplement and/or amend this response as appropriate as further investigation and discovery proceed in this matter.

**VI.    Insurance Agreements:**

        AT&T is presently not aware of any insurance agreements relevant to this action.

AT&T expressly reserves the right to supplement and/or amend this response as appropriate as further investigation and discovery proceed in this matter.

Dated: February 8, 2005                                **LOWENSTEIN SANDLER PC**

**/s/ James P. Berg**
James P. Berg, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2355 Telecopier

- and -

**KIELY & VISNICK**
Kevin J. Kiely, Esq. (Bar No. 542043)
11 School Street
Rockport, MA  01966
978.546.2525
978.564.9756 Fax
KevinKiely@CapeAnnLaw.com
*Local Counsel for Plaintiff AT&T Corp.*

## CERTIFICATE OF SERVICE

I, James P. Berg, Esq., an attorney duly admitted *pro hac vice* to this Court, do hereby affirm that on the date identified below, I served:

Simon C. Leeming, Esq.
Preti, Flaherty, Beliveau,
Pachios & Haley, PLLP
57 North Main Street
PO Box 1318
Concord, NH 03302-1318
*Attorneys for Defendant Dover Saddlery, Inc.*

via Federal Express, Plaintiff AT&T Corp.'s Rule 26(a)(1) Disclosures.

Dated: February 8, 2005

**LOWENSTEIN SANDLER PC**

 **/s/ James P. Berg**
James P. Berg, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2355 Telecopier

- and -

**KIELY & VISNICK**
Kevin J. Kiely, Esq. (Bar No. 542043)
11 School Street
Rockport, MA 01966
978.546.2525
978.564.9756 Fax
KevinKiely@CapeAnnLaw.com
*Local Counsel for Plaintiff AT&T Corp.*