UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br>               Plaintiff<br><br>v.<br><br>DOVER SADDLERY, INC.; and JOHN DOES (1-10),<br>               Defendant | Civil Action No.: 04-CV-12686 MEL |

## DEFENDANT DOVER SADDLERY'S RULE 16.1 (d)(3) CERTIFICATION

Defendant Dover Saddlery, Inc. ("Dover Saddlery") by and through counsel, Preti, Flaherty, Beliveau, Pachios & Haley, PLLP, respectfully submits the within Certification pursuant to Local Rule 16.1(d)(3), and hereby certifies that counsel and Dover Saddlery, Inc. have conferred with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation and have considered the resolution of litigation through the use of alternative dispute resolution programs.

_3/02/05_
Date

_[signature]_
Dover Saddlery, Inc. by Michael Bruns, CPA
Controller

Respectfully submitted,

DOVER SADDLERY, INC.
By its attorneys,
Preti, Flaherty, Beliveau, Pachios & Haley, PLLP

996664.1

Dated: 3/2/05

_____
Simon C. Leeming (BBO# 292080)
Peter G. Callaghan, *pro hac vice*
57 North Main Street
PO Box 1318
Concord, NH 03302-1318
(603) 410-1500
fax: (603) 410-1501

State of New Hampshire
County of Merrimack

## CERTIFICATE OF SERVICE

I hereby certify that the within disclosure was forwarded this 2 day of March, 2005 to James P. Berg, Esquire and Kevin J. Kiely, Esquire.

_____
Peter G. Callaghan

996664.1