# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: 04-CV-12686 MEL |

## PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 16.1 (d)(3)

Plaintiff AT&T Corp. ("AT&T"), by and through its counsel, Lowenstein Sandler, PC and Kiely & Visnick, hereby submits the within Certification pursuant to Local Rule 16.1(d)(3), and hereby certifies that counsel and AT&T have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and have considered the resolution of litigation through the use of alternative dispute resolution programs.

*Kathryn E. Thiel*
AT&T Corp. by Kathryn E. Thiel, Esq.

Respectfully submitted,

AT&T CORP.
By its attorneys
**LOWENSTEIN SANDLER** PC

By: _____
James P. Berg (JB-6028)

Dated: March 8, 2005

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 facsimile

12459/992
03/07/05 1689186.01