UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> DOVER SADDLERY, INC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: 04-CV-12686 MEL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that the parties in the above-captioned matter hereby stipulate that the Complaint filed in this matter shall be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| **LOWENSTEIN SANDLER, PC** <br> Attorneys for AT&T Corp. | **PRETI FLAHERTY BELIVEAU, et al.** <br> Attorneys for Dover Saddlery, Inc. |
| By: s/ James P. Berg <br> James P. Berg, Esq. <br> 65 Livingston Avenue <br> Roseland, NJ 07068 <br> Tel: (973) 597-2500 <br> Fax: (973) 597-2400 <br> Email: jberg@lowenstein.com <br> *Admitted Pro Hac Vice* | By: s/ Peter G. Callaghan <br> Peter G. Callaghan, Esq. <br> 57 North Main Street <br> Concord, NH 03302-1318 <br> Tel: (603) 410.1500 <br> Fax: (603) 410.1501 <br> Email: pcallaghan@preti.com |
| Dated: August 31, 2005 | Dated: August 31, 2005 |

- and-

12459/992
08/30/05 1774630.01

Kevin J. Kiely, Esq. (Bar No. 542043)
KIELY & VISNICK
11 School Street
Rockport, MA 01966
978.546.2525
*Local Counsel for AT&T Corp.*